# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Qualo Martez Lowery,

       Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                              3:09-cv-260-RJC

United States of America,

       Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 25, 2012 Order.

                                                   Signed: June 25, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court