# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Qualo Martez Lowery,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-260-RJC

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 25, 2012 Order.

Signed: June 25, 2012

Frank G. Johns, Clerk
United States District Court